In the Matter of Acquiring Title in Fee by INCORPORATED VILLAGE OF GARDEN CITY, Respondent, to a Parcel of Real Property Situated in the Town of Hempstead, Adjoining Said Village for Sewer Purposes. GARDEN CITY DOWNS, INC., Appellant.— In a condemnation proceeding conducted pursuant to title 3 of article 14 of the Village Law, order of the County Court of Nassau County, denying motion of appellant to confirm final report of commissioners of estimate and granting motion of respondent to set aside the final report of the commissioners and to direct a rehearing before new commissioners, unanimously

affirmed, without costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.